ALOISIA VACHUDA, Respondent, v. GEORGE W. JOHN, Appellant, Impleaded with Another. (Appeal No. 1.)

No opinion. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

ALOISIA VACHUDA, Respondent, v. GEORGE W. JOHN, Appellant, Impleaded with Another. (Appeal No. 2.)

No opinion. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

WILLSON & ADAMS CO., Plaintiff, v. BRAUDE LIMITED DIVIDEND CORPORATION et al., Defendants, STANDARD ACCIDENT INSURANCE COMPANY, Appellant; COLONIAL SAND & STONE CO., INC., et al., Respondents.—

No opinion. Present—Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. Settle order on notice.

## (October 28, 1942.)

BERTRAND H. SNELL, and Others, Respondents, v. CITY OF LONG BEACH, Appellant.—

Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. Settle order on notice. [See post, p. 872, amdg. decision.]